# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTY MICHELLE McBRIDE, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00290-ALM-AGD |
| | § | |
| COMMISSIONER, SSA, | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report") in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 13, 2023, the Report of the Magistrate Judge, (Dkt #13), was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of the Social Security Administration be affirmed.

Having received the report of the Magistrate Judge, considered Plaintiff's Objections (Dkt. #14), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED.**
SIGNED this 28th day of September, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE